**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYION BALL,**<br>**Plaintiff**<br><br>**v.**<br><br>**LYCOMING COUNTY HOSPITAL EMERGENCY ROOM DOCTOR'S JOHN DOE AND JANE DOE, Williamsport, Pennsylvania – Individually and in their Official Capacities,**<br>**Defendants** | : | **No. 4:25cv2117**<br><br>**(Judge Munley)**<br><br>**(Magistrate Judge Camoni)** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Now before the court is Magistrate Judge Camoni's report and recommendation ("R&R"), (Doc. 13), which recommends dismissing Plaintiff Kyion Ball's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii), counting said dismissal as a "strike" under 28 U.S.C. § 1915(g), and closing this case. Ball has responded and the court considers the R&R ready for review.

Upon review, plaintiff filed "objections" to the report and recommendation, (Doc. 14), but the substance of those objections is nonsensical and mostly repetitive of the incoherent content of the complaint. The objections do not appear to engage with the reasoning of the R&R at all. Therefore, the court finds plaintiff's objections general in nature and insufficient to trigger de novo review of

the matter. See Goney v. Clark, 749 F.2d 5, 7 (3d Cir. 1984) (per curiam) (de novo review not warranted where "[t]here was no objection to a specific portion of the report").

In deciding whether to adopt an R&R when no specific objection is filed, the court is prompted to provide "some reasoned consideration" of the dispositive legal issues raised by the report. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987); see also FED. R. CIV. P. 72, NOTES OF ADVISORY COMMITTEE ON RULES—1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

After careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court will adopt the R&R in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 13), is **ADOPTED** in full;
2) Plaintiff's complaint is **DISMISSED**, and leave to amend is denied;
3) Due to the frivolous nature of the complaint, this dismissal counts as a strike under 28 U.S.C. § 1915(g); and
4) The Clerk of Court is directed to close this case.

Date: 11/16/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**